No. 605. JACOB SIEGEL CO. *v.* FEDERAL TRADE COMMISSION. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.

*Messrs. Robert T. McCracken, Leo Weinrott* and *C. Russell Phillips* for petitioner. *Solicitor General McGrath, Assistant Attorney General Berge* and *Mr. W. T. Kelley* for respondent. *Mr. Seymour M. Klein* filed a brief on behalf of Arnold Constable & Co. et al., as *amici curiae,* in support of the petition.